# Section 1 (Cover Sheet Missing)

# Performance Period: from 08/07 to 07/08

[NOTE: This was my last performance review conducted; STEP increases stopped, and so did the requisite performance reviews.]




# Section 1 - Summary Sheet of Factors

Please fill in the weights for each area of performance **before** each performance period begins. The weights should reflect the importance of each area to successful job performance.

| Performance Factor | Weight (%) |
|---|---|
| 1. Job Knowledge | 15 |
| 2. Work Relationships | 15 |
| 3. Productivity | 15 |
| 4. Public Relations & Contacts | 10 |
| 5. Responsibility & Initiative | 15 |
| 6. Decision Making | 10 |
| 7. Oral Communication | 10 |
| 8. Written Communication | 10 |
| 9. Supervision of Others | — |
| 10. Employee Development | — |
| 11. Safety/Loss Control | — |
| | 100% |

Please check one: The employee and supervisor are [✓] in agreement [ ] not in agreement with the weights established for each area of performance. If not in agreement, please indicate the area(s) of disagreement:

_Susan L. Daigle_ 7/24/08  
Supervisor's Signature    Date

_Jane Buth_ 7/24/08  
Employee's Signature    Date

Reviewed and approved by:

_____  
Signature of Supervisor's Supervisor    Date

## Instructions:

Standard descriptions used for each factor are a guide and are intended to assist in the appraisal. Place an "X" in the "=" box if the description accurately describes the employee's performance or in the "+" box if the employee's performance is slightly better than the description.

Comments should be written for each factor in the space provided on the adjoining page.

Place an "X" in the Not Applicable (N/A) box in the Comments Section on the facing page if a factor is not related to the employee's job.

## Performance Factors and Definitions

**1. Job Knowledge** — The application of relevant knowledge and abilities to typical work situations. How well does he or she understand and follow department practices and rules?

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Poor understanding of day-to-day tasks; rarely answers job questions correctly; unable to interpret policies and regulations. | | Adequate job knowledge and understanding; occasional trouble with some aspect of job; generally interprets policies and regulations correctly. | (circled) | Expert knowledge and understanding; correctly interprets policies & regulations; recognizes underlying logic; sought as resource by others in/out of dept. |

**2. Work Relationships** — The nature of relations with co-workers, superiors and subordinates, and their impact upon work unit productivity and harmony.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Usually rude and uncooperative; frequently argues with or criticizes others; disrupts harmony and productivity of work unit. | | Generally well-regarded by co-workers; interacts tactfully, supportively with others; contributes to harmony and productivity of work unit. | (circled) | Well-respected, trusted by other employees; strives continually to raise morale; informal work unit leader; stimulates harmony and high productivity. |

**3. Productivity** — The amount and quality of work produced, compared to department and professional standards.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Work fails to meet schedules or standards; often must be redone or results in equipment failures or other costly outcomes; often absent or tardy. | | Work assignments are completed on schedule and are of acceptable quality; employee is occasionally absent or tardy. | (circled) | Consistently exceeds production goals; work quality meets highest applicable standards; employee is almost never absent or tardy. |

Please include comments, experiences, suggestions, etc. in the areas indicated below.
All ratings should have supporting data included here.

## Comments on Performance

| | |
|---|---|
| **Job Knowledge** <br> ☐ N/A | Janey has acquired and applies a good general knowledge, not only to the systems she supports, but to City policies as well. In her ERC role she has had continued opportunity to learn. |
| **Work Relationships** <br> ☐ N/A | Janey is keen to personnel issues and sensitive to individual needs/behaviors. She strives to promote harmony at all levels of the organization. |
| **Productivity** <br> ☐ N/A | Janey is very dedicated and takes pride in her work. She works tirelessly and often many odd hours to keep her projects on track. |

### 4. Public Relations and Contacts — The display of effective and respectful behavior in all public contacts — personal, phone, correspondence, or meetings.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Often incorrectly refers or redirects citizens; sometimes insults or argues with them; often late for or misses public appointments. | | Correctly refers or redirects citizens; polite and cordial in public contacts, even in stressful situations; follows through on inquiries or requests. | (circled) | Excellent relations with the public; resolves the most difficult, sensitive public relations problems and complaints. |

### 5. Responsibility and Initiative — The display of energy, enthusiasm and effective performance in the absence of close supervisory direction and control.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Fails to accept job-required responsibility and initiative; does just enough to get by; performs acceptably only under direct supervision. | | Seldom requires any supervision to complete assignments; suggests useful ways to improve work unit's products and services. | | Accepts assignments enthusiastically; seeks better ways of doing assigned tasks; looks for new projects; strives to make the department the best. (circled) |

### 6. Decision Making — The timely, rational and thorough nature of judgments on procedures, necessary actions, or equipment and material use to resolve work problems.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Creates more problems with decisions than are resolved; unable to solve obvious problems. | | Makes routine decisions quickly, decisively and effectively as issues arise; evaluates solutions before selecting one. | (circled) | Independently makes sound decisions on routine or nonroutine issues; willing to make "tough" decisions involving controversial and sensitive issues. |

### 7. Oral Communication — The clear, concise expression of thoughts in speech, and the ease and accuracy with which verbal instructions are understood.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Uses grammar and diction inappropriate for the job; communication often confuses others and complicates work assignments. | | Speaks clearly, uses appropriate grammar and diction; has no problem with daily communications; correctly interprets and follows oral instructions. | | Very effective and correct oral communication; explains complex or technical material to co-workers; represents department at public forums. (circled) |

| | |
|---|---|
| **Public Relations and Contacts**<br><br>☐ N/A | Janey is not at all timid. She has very good relationships with her customers and vendor partners. |
| **Responsibility and Initiative**<br><br>☐ N/A | I've never known Janey to turn down an opportunity to work a project. She is vocal about positive change and stresses the need for maintaining a good dept. reputation. |
| **Decision Making**<br><br>☐ N/A | Janey continues to improve on her ability to reflect and think through actions before responding to sticky situations. |
| **Oral Communication**<br><br>☐ N/A | Very effective - Janey has no qualms about presenting and representing the City to the public. |

**8. Written Communication** - The level of organization, clarity, accuracy, grammar and spelling in written reports, directives, memos, letters, etc.

| 1 | 2 | 3 | 4 | 5 (circled) |
|---|---|---|---|---|
| Written work has many grammatical errors, is often confusing, and usually requires major revision. | | Written work is of acceptable quality for job, is usually clear and to the point, and seldom requires major revisions. | | All written work meets the highest standards of composition, organization, grammar and spelling; serves as model for others in the department. |

**9. Supervision of Others** - The direction and coordination of people and resources to do work assignments and accomplish department goals and objectives.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Subordinates are disorganized and lack direction, often seek instructions from other supervisors. Unit regularly fails to meet production goals and schedules. | | Subordinates have clear sense of direction; work is effectively organized; unit generally meets production goals and schedules. | | Subordinates highly motivated, regularly work above standards. Well-organized unit regularly exceeds production goals, takes toughest assignments. |

**10. Employee Development** - Encouraging subordinates to develop knowledge and skills by guidance, coaching, on-the-job training (OJT) and performance appraisal.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Shows little concern for subordinate development; discourages employee participation in nonmandatory developmental opportunities. | | Provides OJT; conducts thorough evaluation of employee performance and gives feedback. Sets personal example for self-improvement. | | Devotes extra time to employee development; seeks out opportunities for them. Develops employees sufficiently to qualify for promotions. |

**11. Safety/Loss Control** - Enforcing City safety standards to minimize public liability; educating subordinates; monitoring work activity, equipment and sites; and following up safety violations.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Frequently disregards safety regulations to speed up work; fails to inform subordinates of job hazards and precautions; ignores unsafe conditions. | | Counsels, disciplines employees for safety violations; periodically inspects job sites and equipment for safety; follows up to assure violations are not repeated. | | Makes safety a top priority; educates workers on hazards and safety; encourages reporting and correcting unsafe conditions. Outstanding unit safety record. |

| | |
|---|---|
| **Written Communication**  ☐ N/A | Written work is generally excellent, clearly composed and grammatically accurate. |
| **Supervision of Others**  ☐ N/A | |
| **Employee Development**  ☐ N/A | |
| **Safety/Loss Control**  ☐ N/A | |

# Section 1 - Total Score Summary Sheet

| Performance Factor | Weight (%) | Rating | Score |
|---|---|---|---|
| 1. Job Knowledge | 15 | 4 | .6 |
| 2. Work Relationships | 15 | 4 | .6 |
| 3. Productivity | 15 | 4 | .6 |
| 4. Public Relations & Contacts | 10 | 4.5 | .45 |
| 5. Responsibility & Initiative | 15 | 5 | .75 |
| 6. Decision Making | 10 | 4 | .4 |
| 7. Oral Communication | 10 | 5 | .5 |
| 8. Written Communication | 10 | 5 | .5 |
| 9. Supervision of Others | — | — | — |
| 10. Employee Development | — | — | — |
| 11. Safety/Loss Control | — | — | — |
| | 100% | | |

Total Score: 4.4

Overall Performance Rating: (please check one)

___ Excellent   ✓ Highly Competent   ___ Competent   ___ Needs Improvement   ___ Unsatisfactory

Please check one: The employee and supervisor are ☐ in agreement ☐ not in agreement with this performance review. If not in agreement, please indicate the area(s) of disagreement:

_Susan L. Dingle_ 7/29/08
Supervisor's Signature   Date

_Jane Beth_ 7/29/08
Employee's Signature   Date

Reviewed and approved by:

_Paul R Murry_ 7-29-08
Signature of Supervisor's Supervisor   Date

# CITY OF NORFOLK
# PERFORMANCE REVIEW



# SECTION 2

**Employee:** Jane Bethel   **Title:** I.T. Planner

**SSN:** _____

**Supervisor:** Sue Dingle   **Title:** Appl. Dev. Team Supervisor

**Department:** I.T.

**Performance Period:** from Aug 07 to July 08

**Review Dates:** _____, _____, _____

**Weight Section 2:** 60%

# Section 2 - Summary Sheet of Objectives

Please fill in the weights for each area of performance **before** each performance period begins. The weights should reflect the importance of each area to successful job performance.

| Objective | Weight (%) |
|---|---|
| 1. LASERFICHE SUPPORT | 55 |
| 2. -A AFMS SUPPORT | 25 |
| 2-B CRYSTAL ENT. BACK UP | 25 |
| 3. PROFESSIONAL GROWTH | 10 |
| 4. IT/CITY LIAISON | 10 |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| | 100% |

Please check one: The employee and supervisor are ☐ in agreement ☐ not in agreement with the weights established for each area of performance. If not in agreement, please indicate the area(s) of disagreement:

_Susan L. Doyle_  7/24/08
Supervisor's Signature   Date

_____   _____
Employee's Signature       Date

Reviewed and approved by:

_____   _____
Signature of Supervisor's   Date
Supervisor

Objective #1    Type of objective: _x_ routine

Application/Customer Support – LaserFiche (City-Wide)

Excellent: Provide continuous support of the applications and customer base. Respond timely to all customer requests, meeting or exceeding their expectations. Meet with supervisor and/or respective team members regularly to review the status of work requests, problems and general inquiries that have been submitted. Acknowledge completion of each formal work request and problem logged. Provide updated status at least monthly.

Competent: Provide intermittent support of the applications and customer base. Respond to all customer requests, usually meeting their expectations. Meet with supervisor and/or respective team member/s occasionally to review the status of work requests, problems and general inquires. Provide updated status when requested.

Unsatisfactory: Provide little or no support of the applications and customers. Fail to respond to customer requests. Meet with supervisor and/or respective team member/s less than quarterly to review the status of work requests, problems and general Inquiries. Do not provide updated status when requested.

- City Manager's Scanning Project
    - Working with the City Manager's office from start to finish, primarily Glenda Schroedel
    - Template Design
    - Coordination with UBS Scanning Services
    - Importing scanned document volumes and attaching them in Laserfiche
    - Training temporary staff
    - Handling questions and concerns of the customer
    - Increasing storage space to accommodate over 100 file boxes of black and white and color records

- Migrating 18 Repositories to a new disc pack on the Storage Area Network
    - Accomplished migrating all volumes and reindexing the repositories all after hours and transparent to the customer
    - Moved all the repositories to the new disc pack with a minimum of assistance needed by our DBAs

- Coordinated implementation of the Jury interface to Laserfiche, working with the Jury Office and UBS. They now are able to scan their Juror Questionnaires in without any manual input of template data.

- Worked with the Police on a desired improvement to their Promotion Binder project utilizing Laserfiche. Offered an idea to get them started toward their desired outcome, even though they do not have any funds to purchase the UBS professional services.

- Worked with Fire-Rescue to get them started scanning inspection forms into Laserfiche.

- Working with Finance to get them started storing Lien records.

- Worked with the UBS vendor to install Quickfields Agent; finally got the Hanson interface right (waiting on admin rights approval).

- Installed a number of HTE interfaces to Laserfiche.

- Provided two Laserfiche training classes.

Provided day-to-day customer support by answering questions, logging in to troubleshoot any problems, walking customers through attaching to a repository, assisting with setting up users and setting permissions, etc.

Was The Objective Complete?  Yes: ✓    No: ___

Weight: _____   Rating: _____   Score: _____

Objective #2      Type of objective: _x_ new project

Temporary Assignment to ADMS Project for report writing & Crystal Enterprise – Work with the project team and customers to effectively create and implement new reports in support of the new financial system. Facilitate the project staying on schedule by reporting roadblocks to progress to Supervisor on a reasonably timely basis. For each phase of the projects, meet the schedule per the original project plan, or, as revised and agreed to by the Project Team and Project Management. Provide updated status on the agreed-upon plan at least monthly.

Excellent: All tasks are on schedule as adjusted; project delays are identified before due date and schedule is appropriately adjusted; required status reports are submitted prior to due date.

Competent: No task is more than four weeks behind schedule as adjusted; project delays are identified within two weeks of due date; required status reports are submitted no more than one week late.

Unsatisfactory: One or more tasks are more than four weeks behind schedule as adjusted; delays are not identified and schedules are not adjusted; required status reports are more than one week late.

Janey remained detailed to the AFMS team for the first quarter of this review period. She completed reports assigned her, supported others in their efforts and was available to the team for the Performance Budgeting component implementation. Unfortunately, she felt she was under utilized during this time.

Since returning to FMC full time Janey has performed her role as support to Crystal Enterprise. The team took on responsibility for installing an upgrade (BO XI) on a new server. The lead for this project was given to a new member of the team and Janey served as backup, assisting with the installs and training steps for his new role. She continues to support the effort to roll out CE (BO XI) to the enterprise, in a true production mode this time, with all Hansen users having been set up and trained.

Was The Objective Complete? Yes: ✓   No: ____

Weight: ____   Rating: ____   Score: ____

Objective #3      Type of objective: _x_ professional development

Pursue professional development – whether through seminars, conferences, formal classroom training or individualized Computer Based Training (CBT).

Excellent: Acquires at least 80 hours of professional development through 07/31/08.

Competent: Acquires at least 40 hours of professional development through 07/31/08.

Unsatisfactory: Does not acquire any professional development through 07/31/08.

Effective Presentations (HR Training, 1 day) on August 30th, 2007
NIMS (On-line, 1/2 day) various times
UBS Fall Conference (Wintergreen, 2 days) in October 2007
Webinar (1 hr) on October 26th, 2007
Toastmasters Officer Training (Regent University, 2 hrs) on January 17, 2008
Leadership Seminar (Covey) (Williamsburg, 1 day) on January 31st, 2008
UBS Lunch and Learn (Richmond, 1/2 day)
Crystal User Group (5 hrs) on February 7, 2008
Crucial Conversations (HR Training, 2 days)
ARMA Seminar on Records Management (Williamsburg, 1 day)
Facilitator Enhancement Day (HR Training, 1 day)
Sexual Harassment and Diversity (1/2 day)

Was The Objective Complete?  Yes: ✓   No: ____

Weight: ____      Rating: ____   Score: _____

**Objective #4**  Type of objective: _x_ IT/City Support

Department Liaison for City Initiatives - serve the department and its employees by performing the role of liaison and/or City representative for a number of City wide initiatives outside your technical job description. Balance this role against your primary responsibilities and perform it without disruption to IT application and customer support objectives. City initiatives included are ERC, United Way, ~~Relay for Life~~, 7 Habits training and Toastmasters Speech Craft. Day of Caring

Excellent: Activity consumes on average less than 2 hours per week and results in no lag in other project priorities.

Competent: Activity consumes on average less than 4 hours per week and results in minimal disruption to other project priorities.

Unsatisfactory: Activity frequently becomes excessive and impacts availability to the team and our customers and/or disrupts project goals and deadlines.

Janey was very active with the budget process this past year. Her efforts yielded a great turn out at the budget hearing. She collected monies for the actuarial study of the 2% retirement accrual rate. This was followed up by a petition to support, now up to 525 employee signatures. All of this, with the exception of meeting with the City Manager have been on Janey's own time. ERC also had a table at the Wellness Fair. Janey is now gathering data for benefit comparisons with other cities because the CM has said she wants us to be competitive. Janey will learn new software so that she can continue to maintain the ERC website.

Toastmasters regular meetings have been reduced from weekly to 2x a month. Meetings are also now held at GMB.

7 Habits training was minimal this year, with demands to facilitate only 1 adult and one teen session.

Janey did not champion all kept United Way activity but did organize and participate in the annual Day of Caring.

Was The Objective Complete? Yes: ✓  No: ___

Weight: ___   Rating: ___   Score: ___

# Section 2 - Total Score Summary Sheet

| Objective | Weight (%) | Rating | Score |
|---|---|---|---|
| 1. LASER FICHE | 55 | 4.5 | 2.48 |
| 2. AFMS & CRYSTAL ENT | 25 | 4 | 1.0 |
| 3. PROFESSIONAL DEV | 10 | 5 | .5 |
| 4. IT/CITY LIAISON | 10 | 4 | .4 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| | 100% | Total Score | 4.38 |

Section 2 Weighting   .60

# PERFORMANCE APPRAISAL SUMMARY SHEET

(To be completed after Sections 1 & 2 have completed)

## Section 1 - Performance Factors

Comments on appraisal of performance factors:

Section 1: SCORE **4.4** WEIGHTING **.40** SUBTOTAL 1 **1.76**

## Section 2 - Performance Objectives

Comments on appraisal of performance objectives:

Section 2: SCORE **4.38** WEIGHTING **.60** SUBTOTAL 2 **2.63**

TOTAL SCORE **4.39**  OVERALL RATING **Highly Competent**
(Sum of Subtotal 1 & Subtotal 2)

Please check one: The employee and supervisor are [✓] in agreement [ ] not in agreement with this performance review. If not in agreement, please indicate the area(s) of disagreement:

_Susan L. Dingle_ 7/29/08   _Jane Buhl_ 7/29/08
Supervisor's Signature  Date   Employee's Signature  Date

Reviewed and approved by:

_Paul R May_ 7-29-08
Signature of Supervisor's
Supervisor