VIRGINIA:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF VIRGINIA
Norfolk Division

JANE E. BETHEL

                                         Plaintiff,

v.                                          Civil Action No.: **2:15-cv-501**

**CITY OF NORFOLK**

                                           Defendant.

## NOTICE OF SETTLEMENT

COMES NOW, plaintiff Jane E. Bethel ("Bethel"), by counsel, and does hereby notify the Court that the parties have entered into a settlement agreement in this action and hereby moves the court to remove the matter from the trial docket.

JANE E. BETHEL

/S/    W. Barry Montgomery
W. Barry Montgomery, Esq. (VSB# 43042)
*Counsel for Jane E. Bethel*
KALBAUGH, PFUND & MESSERSMITH, PC
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Tel:   (804) 320-6300
Fax:  (804) 320-6312
E-mail: barry.montgomery@kpmlaw.com

1

## Certificate of Service

I hereby certify that on February 6, 2017, I did file the foregoing documents with the Clerk of this Court using Electronic Case Filing ("ECF") which then sent a Notice of Electronic Filing ("NEF") to the following persons:

Heather A. Mullen, Esq. (VSB 29239)
City of Norfolk Department of Law
810 Union Street, Room 900
Norfolk, VA 23510
Tel: (757) 664-4529
Fax: (757) 664-4201
Heather.mullen@norfolk.gov
Counsel for Defendant

/S/   W. Barry Montgomery
W. Barry Montgomery, Esq. (VSB# 43042)
*Counsel for Jane E. Bethel*
KALBAUGH, PFUND & MESSERSMITH, PC
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Tel: (804) 320-6300
Fax: (804) 320-6312
E-mail: barry.montgomery@kpmlaw.com